**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**BRANDON | SMERBER LAW FIRM**
139 East Warm Springs Road
Las Vegas, Nevada 89119
Office (702) 380-0007
*l.brandon@bsnv.law*
*Attorneys for Defendant,*
*THE VONS COMPANIES, INC.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PATRICIA MADAU-WELTE, an individual; JEFFREY WELTE, an individual, <br><br> Plaintiff, <br><br> v. <br><br> THE VONS COMPANIES, INC., a Michigan corporation; DOES I-X, unknown persons; ROE BUSINESS ENTITIES I-X, inclusive, <br><br> Defendant(s). | CASE NO.:  2:19-cv-01502-APG-VCF |

**STIPULATION AND ORDER FOR DISMISSAL**
**WITH PREJUDICE, LEAVING NO REMAINING PARTIES**

IT IS HEREBY STIPULATED AND AGREED TO by the undersigned counsel of record

that the above-entitled matter be dismissed with prejudice, leaving no remaining parties, each

///

///

///

///

///

party to bear their own attorney's fees and costs incurred herein, leaving no remaining parties in this matter.

   IT IS FURTHER STIPULATED AND AGREED TO that the Pre-Trial Order currently due on June 24, 2020 shall be vacated.

| | |
|---|---|
| DATED this 18th day of June, 2020. | DATED this 18th day of June, 2020. |
| **BRANDON | SMERBER LAW FIRM** | **PITEGOFF LAW OFFICE** |
| */s/ Lew Brandon, Jr. Esq.* | */s/ Jeffrey Pitegoff, Esq.* |
| LEW BRANDON, JR., ESQ. | JEFFREY PITEGOFF, ESQ. |
| Nevada Bar No. 5580 | Nevada Bar No. 5458 |
| ANDREW GUZIK, ESQ. | 330 E. Charleston Blvd., Suite 100 |
| Nevada Bar No. 12758 | Las Vegas, NV  89101 |
| 139 E. Warm Springs Road | |
| Las Vegas, NV  89119 | DATED this 18th day of June, 2020. |
| *Attorneys for Defendant,* | |
| *THE VONS COMPANIES, INC.* | **CALLISTER LAW GROUP** |
| | /s/ Matthew Q. Callister, Esq. |
| | MATTHEW Q. CALLISTER, ESQ. |
| | Nevada Bar No. 1396 |
| | MITCHELL S. BISSON, ESQ. |
| | Nevada Bar No. 11920 |
| | 330 E. Charleston Blvd., Suite 100 |
| | Las Vegas, NV  89101 |
| | *Attorneys for Plaintiffs,* |
| | *PATRICIA MADAU-WELTE and* |
| | *JEFFREY WELTE* |

*Patricia Madau-Welte and Jeffrey Welte v. The Vons Companies, Inc.*
Case No.: 2:19-cv-01502-APG-VCF

### ORDER

**IT IS HEREBY ORDERED** that the above-entitled matter be dismissed with prejudice, leaving no remaining parties, with each party to bear their respective attorney's fees and costs incurred.

**IT IS FURTHER ORDERED** that the Pre-Trial Order currently due on June 24, 2020 shall be vacated.

**IT IS SO ORDERED** this 19th day of June, 2020.

_____
**UNITED STATES DISTRICT JUDGE**

*Respectfully submitted by:*

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
LEW BRANDON, JR., ESQ.
Nevada Bar No. 5880
ANDREW GUZIK, ESQ.
Nevada Bar No. 12758
139 East Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*THE VONS COMPANIES, INC.*